Opinion issued March 8, 2007









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00078-CV

____________


RIVER CITY PAPER, INC., Appellant


V.


SUMMERS GROUP, INC., Appellee






On Appeal from the 127th District Court

Harris County, Texas

Trial Court Cause No. 2004-60928






MEMORANDUM OPINION

 Appellant, River City Paper, Inc., has filed an unopposed motion to dismiss its
appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the
appeal. Tex. R. App. P. 42.1(a)(1).

 We overrule all other pending motions in this appeal as moot and direct the
Clerk to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Jennings and Bland.